**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**The RIVOLI MILLS, Inc., Respondent.**

No. 12075.

United States Court of Appeals
Sixth Circuit.

April 21, 1954.

Petition for Enforcement of order of N. L. R. B.

A. Norman Somers, and Samuel M. Singer, Washington, D. C., for petitioner.

Frank A. Constangy, Atlanta, Ga., Harold M. Humphreys, Chattanooga, Tenn., for respondent.

Before ALLEN and McALLISTER, Circuit Judges, and STARR, District Judge.

PER CURIAM.

This case came on to be heard on petition for enforcement of an order of the National Labor Relations Board:

And it appearing that the findings of fact of the Board are supported by substantial evidence on the record considered as a whole:

It is adjudged and decreed that the order of the Board should be enforced.

**Lambros G. METRAKOS, Plaintiff-Appellant,**

v.

**NEW YORK CENTRAL RAILROAD CO., The Cleveland Union Terminals Company, Defendant-Appellee.**

No. 11933.

United States Court of Appeals
Sixth Circuit.

April 8, 1954.

Sindell & Sindell, Maurice Wolkoff, Cleveland, Ohio, of counsel, for appellant.

Paul Lamb, Cleveland, Ohio, for appellees.

Before SIMONS, Chief Judge, ALLEN, Circuit Judge, and FORD, District Judge.

PER CURIAM.

Upon consideration of the briefs and record in the above cause and the oral argument of the counsel therein, and perceiving no prejudicial error at the trial below, either preserved by timely objections at the trial or otherwise appearing, and the cause having been fairly submitted to the jury with a verdict for the defendant of no cause of action being by it returned,

It is hereby ordered that the judgment below be and it is hereby

Affirmed.

See, also, D.C., 12 F.R.D. 177.

**UNITED STATES of America ex rel. Vincenzo CARROLLO, also known as Charles V. CARROLLO, Appellant, v. J. L. O'ROURKE, Acting Director, Immigration and Naturalization Service, Kansas City, Missouri.**

No. 15059.

United States Court of Appeals
Eighth Circuit.

April 21, 1954.

Edward L. Scheufler, U. S. Atty., Kansas City, Mo., and Horace Warren Kimbrell, Asst. U. S. Atty., Kansas City, Mo., for appellee.

Appeal from District Court docketed and dismissed for want of prosecution on motion of appellee.